# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Amanda Mae Crawford, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | Case No. 1:20-cv-170 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

1. Plaintiff shall have until May 24, 2021, to file a motion for summary judgment and supporting brief.

2. Defendant shall have until June 21, 2021, to file a motion for summary judgment and supporting brief.

3. Plaintiff shall have until July 9, 2021, file a responsive brief.

Dated this 16th day of April, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court